STATE OF CONNECTICUT *v.* JAMES DESLAURIER

The defendant's petition for certification for appeal from the Appellate Court, 32 Conn. App. 553 (AC 10352), is granted, limited to the following issues:

"1. Was the Appellate Court correct in concluding that the statement made by the defendant to police officers Tony Dostank and John Modica was admissible into evidence?

"2. Was the Appellate Court correct in deciding that the trial court properly denied the defendant's motion for a competency exam under General Statutes § 54-56d?"

The Supreme Court docket number is SC 14845.

*Paul D. Eschuk,* assistant public defender, in support of the petition.

*Jack W. Fischer,* assistant state's attorney, in opposition.

Decided October 5, 1993